IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF | No. C 14-80220 |
| In the Matter of Nia Lloyd Woolliscroft - #262916 | **ORDER RE REASSIGNMENT** |

This action is hereby **REASSIGNED** to **JUDGE JAMES DONATO**.

**IT IS SO ORDERED.**

Dated: September 18, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE