UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Nia Lloyd Woolliscroft - #262916

Case No.   14-mc-80220-JD

**ORDER OF SUSPENSION**

    Because Nia Lloyd Woolliscroft has failed to respond to the order to show cause, Ms. Woolliscroft's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED**.

Dated:  October 3, 2014

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF NIA LLOYD WOOLLISCROFT - #26,<br><br>Plaintiffs,<br><br>v.<br><br>NIA LLOYD WOOLLISCROFT,<br><br>Defendant. | Case No.  14-mc-80220-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/6/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nia Lloyd Woolliscroft
350 Cameo Street
Campbell, CA 95008

Dated: 10/6/2014

Richard W. Wieking
Clerk, United States District Court

By:_____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO